**Elliot M. Hirsch**

7 Saxony Drive ● Oakhurst, NJ 07755 ● 917-750-0418(Fax)718-376-1525 ● Elliothirschlaw@gmail.com

July 12 ,2021

Clerk of the Court
United States District Court of New Jersey

### <u>Hirsch V. Beda Et Al – Case number:</u> **3:21-cv-12246-FLW-TJB**

Dear Clerk of the Court:

I submit this letter as advised to me by a Mr. John. I am formally requesting for the Court to issue the summons for this complaint. Thank you.

Respectfully,

Elliot M. Hirsch