**Elliot M. Hirsch**
7 Saxony Drive ● Oakhurst, NJ 07755 ● 917-750-0418(Fax)718-376-1525 ● Elliothirschlaw@gmail.com

August 25, 2021

### Hirsch v. Beda Et Al- cv-12246

Dear Honorable Chief Justice Freda L. Wolfson:

      Thank you for the order issued August 23, 2021 and allowing me leave to amend the complaint under cv-13718. The undersigned has recently become aware that New Jersey has a State civil conspiracy tort and would like to amend the complaint before the Honorable Court reviews the proposed amended complaint. I have already submitted, hastily, proposed amended complaints under cv-13718, and it will look unprofessional on my part to hastily submit a third proposed amended complaint. I called the Court asking for when the deadline was to submit the proposed amended complaint and they said to write a letter. I did not receive a time frame as to when the proposed amended complaint should be submitted and therefore hastily filed one. If the Honorable Court can give me 30 days to submit a proposed amended complaint under cv-12246 pursuant to its prior order allowing me to add additional Defendants it would be immensely appreciated. I extend to the Court and its staff my best wishes during the ongoing health crisis.

      Respectfully,

      Elliot M. Hirsch