UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

--------------------------------- X

Elliot M. Hirsch                                          :         Civil Action No. 21-12246(FLW)

                        Plaintiff(s),       :

                    v.                                      :

Adina Miles, Laurie Beda, Norma Tawil, Heshy   :
Tischler, Amber Adler, Yeshiva of Flatbush Joel
Braverman High School, Elisheva Yarimi, Nourite
Maimon, Eve Scaba, Sarah Mizrahi, Yafah Sutton,
Elizabeth Kairey, Isabella Khaimov, Lauren Dagmy,
Miriam Sabzehroo, Raquel Sabzehroo, Sari Dana,
Sherry Chera Halabi, Dalia Oziel, Deborah Shiloach,
Eva Shammah, The Edmond J. Safra Synagogue Inc.,
and Rabbi Eli J. Mansour

,
                        Defendant(s).       :

--------------------------------- X

## DECLARATION OF ELLIOT M. HIRSCH PURSUANT TO FRCP 55 A- REQUEST FOR ENTRY OF DEFAULT

ELLIOT M. HIRSCH, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. The Defendants Edmond J. Safra Synagogue, Adina Miles and Rabbi Eli J. Mansour were all served by U.S Marshalls on April 1, 2022.(see attached proof)

2. All of the aforementioned Defendants have failed to serve an answer to the complaint nor a motion to dismiss and there has been no request filed on their behalf for an extension of time.

3. Accordingly, pursuant to FRCP 55 A, I am hereby requesting from the Clerk of the Court to enter a Default.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Dated: April 26, 2022

_____

Elliot M. Hirsch

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------ X

Elliot M. Hirsch                                          :        **Civil Action No. 21-12246(FLW)**

                          Plaintiff(s),       :

                v.                                  :

Adina Miles, Laurie Beda, Norma Tawil, Heshy    :
Tischler, Amber Adler, Yeshiva of Flatbush Joel
Braverman High School, Elisheva Yarimi, Nourite
Maimon, Eve Scaba, Sarah Mizrahi, Yafah Sutton,
Elizabeth Kairey, Isabella Khaimov, Lauren Dagmy,
Miriam Sabzehroo, Raquel Sabzehroo, Sari Dana,
Sherry Chera Halabi, Dalia Oziel, Deborah Shiloach,
Eva Shammah, The Edmond J. Safra Synagogue Inc.,
and Rabbi Eli J. Mansour

,

                          Defendant(s).       :

------------------------------------ X

## REQUEST FOR ENTRY OF DEFAULT

     ELLIOT M. HIRSCH, Plaintiff Pro Se, hereby requests from the Honorable Clerk of the Court to enter a Default against Rabbi Eli J. Mansour, Adina Miles and Edmond J. Safra Synagogue for failing to respond to the served complaint and summons in accordance with the FRCP.

     Dated: April 26, 2022

                                                          _____

                                                          Elliot M. Hirsch

                                                          Plaintiff Pro Se

**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

11

| | |
|---|---|
| PLAINTIFF: Elliot M. Hirsch | COURT CASE NUMBER: 3:21-CV-12246(FLW) |
| DEFENDANT: Laurie Beda et al | TYPE OF PROCESS: Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sari Dana
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1925 East 5th Street, Brooklyn, NY, 11223

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ 07755

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 23
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 917-750-0418
DATE: 3-7-2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process:
District of Origin No.: B50
District to Serve No.: D53
Signature of Authorized USMS Deputy or Clerk
Date: 03/18/22

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Edward Dana Husband
☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*:
Date: 4/1/22
Time: 11:15 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy: John Ferrante 3986

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $9.36 | | $139.36 | | |

cc: DUSM J.Ferrante

REMARKS: On 4/1/22 at 11:15am I personally served process at above location Edward Dana Husband accepted process. Total Hours 2 Total mileage 16

PRINT 5 COPIES:
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ELLIOT M. HIRSCH,**
*Plaintiff*

V.

**LAURIE BEDA, ET AL.,**
*Defendant*

**SUMMONS ON AMENDED COMPLAINT**

CASE NUMBER: **3:21-CV-12246-FLW-TJB**

TO: *(Name and address of Defendant):*

SARI DANA

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON 2022-03-11 14:49:24, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                              *Signature of Server*

                                                  _____
                                                  *Address of Server*

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

(16)

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Elliot M. Hirsch | 3:21-cv-12246 (FLW) |
| DEFENDANT | TYPE OF PROCESS |
| Laurie Beda et al | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Eli J. Mansour
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1970 East 14th Street, Brooklyn, NY, 11229

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ 07755

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 23 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 917-750-0418
DATE: 3-7-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. B50 | District to Serve No. D54 | Signature of Authorized USMS Deputy or Clerk | Date 03/18/22 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Sandra Mansour wife

☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 4/1/22  Time: 12:37 ☑ pm

Signature of U.S. Marshal or Deputy
John J. Ferrara 3986

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $9.95 | | $39.95 | | |

J. Ferrara REMARKS: ~~I person~~ on 4/1/22 at 12:37 pm, I personally served process at the above location, to the wife of Eli J. Mansour. Sandra Mansour accepted process
Total Hours 2    Total Mileage 17

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

ELLIOT M. HIRSCH,
*Plaintiff*

V.

**SUMMONS ON AMENDED COMPLAINT**

LAURIE BEDA, ET AL.,
*Defendant*

CASE NUMBER: 3:21-CV-12246-FLW-TJB

TO: *(Name and address of Defendant):*

ELI   J.   MANSOUR

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-03-11 14:49:24, Clerk
USDC NJD

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server _____

Address of Server _____

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

(17)

| | |
|---|---|
| PLAINTIFF: Elliot M. Hirsch | COURT CASE NUMBER: 3:21-CV-12246 (FLW) |
| DEFENDANT: Laurie Beoa et al | TYPE OF PROCESS: Summons and Complaint |

SERVE AT:
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Adina Miles
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1416 East 16th Street, Brooklyn, NY 11230

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ, 07755

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 23
Check for service on U.S.A.: 

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 917-750-0418
DATE: 3-7-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin No.: B50
District to Serve No.: D54
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 03/18/22

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Chaim Sash   Husband
☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
Date: 4/1/22
Time: 1:30 ☑ pm

Signature of U.S. Marshal or Deputy: [signature] 3986

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $7.55 | | $137.55 | | |

DUSM J.Fermate

REMARKS: On 4/1/22 at 1:30pm I personally served process at the above location for Adina Miles. Mr. Chaim Sash Husband Accepted process for his spouse
Total Hours 2
Total Mileage 129

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ELLIOT M. HIRSCH,
*Plaintiff*

V.

LAURIE BEDA, ET AL.,
*Defendant*

**SUMMONS ON AMENDED COMPLAINT**

CASE NUMBER: **3:21-CV-12246-FLW-TJB**

TO: *(Name and address of Defendant):*

ADINA MILES

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) -- you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ **WILLIAM T. WALSH**
CLERK



ISSUED ON **2022-03-11 14:49:24**, Clerk
USDC NJD

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) || DATE |
| NAME OF SERVER *(PRINT)* || TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify) : _____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                   Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

(27)

| | |
|---|---|
| PLAINTIFF Elliot M. Hirsch | COURT CASE NUMBER 3:21-cv-12246 (FLW) |
| DEFENDANT Laurie Beda et al | TYPE OF PROCESS Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Edmond J. Safra Synagogue Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1801 Ocean Parkway, Brooklyn, NY, 11223

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Elliot M. Hirsch
7 Saxony Drive, Oakhurst, NJ 07755

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 23
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
EMH
TELEPHONE NUMBER: 917-750-0418
DATE: 3-7-2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 
District of Origin No. B50
District to Serve No. D54
Signature of Authorized USMS Deputy or Clerk
Date:

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

spoke to

Name and title of individual served (if not shown above)
Natan Mann    Magdaleno Rocha  Porter
☑ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 4/1/22
Time: 11:00 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy
John J Ferrante 3986

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $130.00 | $9.36 | | $139.36 | | |

REMARKS: On 4/1/22 at 11am I spoke with Natan Mann on phone. and stated that the Porter of Synagogue can accept papers on behalf of Synagogue and give to him. Total Hours 2  Total mileage 16
DUSM J. Ferrante

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

ELLIOT M. HIRSCH,
*Plaintiff*

V.

LAURIE BEDA, ET AL.,
*Defendant*

**SUMMONS ON AMENDED COMPLAINT**

CASE NUMBER: 3:21-CV-12246-FLW-TJB

TO: *(Name and address of Defendant):*

EDMOND J. SAFRA SYNAGOGUE INC

A lawsuit has been filed against you.

Unless otherwise prescribed by rule, within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2022-03-11 14:49:24, Clerk
USDC NJD

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE ||
| NAME OF SERVER *(PRINT)* | TITLE ||

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
        Date         *Signature of Server*

        _____
        *Address of Server*