**THE LAW FIRM OF JEFFREY S. DWECK, P.C.**
Jeffrey S. Dweck, Esq. (JD-6658)
43 West 33rd Street – Suite 304
New York, New York 10001
212-967-0500

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ELLIOT M. HIRSCH,

                **Plaintiff,**

   -against-

ADINA MILES, LAURIE BEDA, NORMA TAWIL, HESHY TISCHLER, AMBER ADLER, YESHIVA OF FLATBUSH JOEL BRAVERMAN HIGH SCHOOL, ELISHEVA YARIMI, NOURITE MAIMON, EVE SCABA, SARAH MIZRAHI, YAFAH SUTTON, ELIZABETH KAIREY, ISABELLA KHAIMOV, LAUREN DAGMY, MIRIAM SABZEHROO, RAQUEL SABZEHROO, SARI DANA, SHERRY CHERA HALABI, DALIA OZIEL, DEBORAH SHILOACH, EVA SHAMMAH, THE EDMOND J. SAFRA SYNAGOGUE INC. AND RABBI ELI J. MANSOUR.,

                **Defendants.**

Case No.: 21-cv-12246 (FLW)(RLS)

**REPLY DECLARATION IN FURTHER SUPPORT OF DEFENDANT YAFAH SUTTON'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER THIS ACTION TO THE DISCTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK**

    **Jeffrey S. Dweck**, an attorney duly admitted to practice before the Courts of New York and

New Jersey, declares under the penalties of perjury:

    1.      I am with The Law Firm Of Jeffrey S. Dweck, P.C., counsel for the Defendant Yafah

Sutton in this action and I make this Declaration in further support of her motion to dismiss the complaint

on the basis of *forum non conveniens* and in response to Plaintiff's Opposition.

    2.      At this juncture, I wish to clarify only two points raised by Plaintiff in his Opposition.

    3.      First, contrary to the Plaintiff's statement, the affirmative defense of *forum non*

*conveniens* was indeed raised in Ms. Sutton's Answer.

4.       Second, while Plaintiff goes to great lengths to paint New Jersey as the situs of his troubles, he fails to plead that Ms. Sutton was ever in New Jersey for the events complained of, that she ever attended a rally or demonstration in New Jersey, that she ever texted or posted anything about him, or that anyone who witnessed her holding a sign in Brooklyn, New York resides in New Jersey.  Indeed, she never did and has no business being sued in a New Jersey over the events complained of.

5.       As to her at least, this case should be transferred to the Eastern District of New York, if not dismissed altogether for lack of personal jurisdiction.

Dated:  April 29, 2022
            New York, New York

Jeffrey Dweck