May 9, 2022

**VIA ECF HELP DESK**
Hon. Rukhsanah L. Singh
United States District Court for the District of New Jersey
402 East State Street
Trenton, NJ 08608

Re:  Hirsch v. Beda, et al, 21-cv-12246 (FLW)(RLS)

Dear Judge Singh,

My name is Dalia Oziel and I was recently served with a summons in the case above. I am unfamiliar with how to respond to lawsuits and I am still working on finding a lawyer to represent me in this case. I respectfully request an extension of 30 days to answer Mr. Hirsch's Complaint. This will allow me time to secure a lawyer to represent me and give him or her time to get up to speed.

Thank you for your understanding,

*[signature]*

Dalia Oziel